## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**PERCIVAL LARONE WILLIAMS,**

    **Plaintiff,**

**v.**                                          **Case No. 1:23-cv-16-AW-HTC**

**STATE OF FLORIDA, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

    I have considered the magistrate judge's February 23 report and recommendation. ECF No. 16. No objections were filed, although the court did receive a letter Williams sent the Eleventh Circuit, which was forwarded here. ECF No. 17. I have reviewed that document and, to the extent it expresses disagreement with the report and recommendation, I have considered it.

    I agree with the magistrate judge, and I adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim." The clerk will then close the file.

    SO ORDERED on April 3, 2023.

                                _s/ Allen Winsor_____
                                United States District Judge